IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Skytop Meadow Community
Association, Inc.  :
                  :
                  :
         v.       :  No. 276 C.D. 2017
                  :
Christopher Paige and Michele  :
Anna Paige,       :
         Appellants  :

# **O R D E R**

AND NOW, this 2nd day of February, 2018, it is hereby ORDERED that the above-captioned opinion filed November 7, 2017, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, President Judge